UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCEL D. THOMPSON,<br><br>    Petitioner,<br>  v.<br><br>ISIDRO BACA, *et al.*,<br><br>    Respondents. | Case No. 3:17-cv-00330-MMD-WGC<br><br>ORDER |

Following upon the Federal Public Defender's notice of conflict (ECF No. 6), it is ordered that the provisional appointment of the Federal Public Defender is withdrawn and that Mark D. Eibert, Esq., Attorney at Law, P.O. Box 1126, Half Moon Bay, CA 94019, (650) 638-2380, is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent petitioner in all federal proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw.

It is further ordered that, within ninety (90) days of entry of this order, petitioner must show cause in writing through counsel why the petition is not subject to dismissal as a successive petition following upon the denial on the merits of petitioner's prior federal petition in No. 3:05-cv-00468-HDM-RAM.

It is further ordered that nothing herein forecloses petitioner from seeking other appropriate relief in this Court or the Court of Appeals and/or requesting that petitioner be allowed first to file a counseled amended petition prior to addressing the successiveness of the petition and/or other issues. In all events, any deadline established and/or any extension thereof will not signify any implied finding of a basis for tolling during the time

period thereof will not signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

It is further ordered that respondents may file a response to petitioner's show-cause response within thirty (30) days of service and that petitioner may file a reply within thirty (30) days of service of the response.

Following entry of Mr. Eibert as counsel of record on the docket, the Clerk of Court will provide counsel, upon his request, with a single set of electronic copies of all prior filings herein in a manner consistent with the Clerk's current practice, such as regeneration of notices of electronic filing.

The Clerk further will send a copy of this order to the petitioner in proper person at the last institutional address in the record and reflect said transmittal either via the notice of electronic filing or on the docket, in a manner consistent with the Clerk's current practice.

DATED THIS 27th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE