UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MARCEL D. THOMPSON, | Case No. 3:17-cv-00330-MMD-WGC |
| --- | --- |
| Petitioner, | |
| v. | ORDER |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner's motion for an extension of time (ECF No. 9) is granted, and the time for petitioner to respond to the pending show cause order (ECF No. 7) is extended up to and including April 27, 2018.

DATED THIS 15th day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE