# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCEL D. THOMPSON,<br><br>                Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>                Respondents. | Case No. 3:17-cv-00330-MMD-WGC<br><br>ORDER |

Petitioner's motion for an extension of time (ECF No. 11) is granted, and the time for petitioner to respond to the pending show cause order (ECF No. 7) is extended up to and including May 11, 2018.

DATED THIS 20th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE