UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCEL D. THOMPSON,<br><br>               Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>               Respondents. | Case No. 3:17-cv-00330-MMD-WGC<br><br>ORDER |

Petitioner Marcel Thompson's proper person motion/letter requesting copies (ECF No. 18) is granted pursuant to 28 U.S.C. § 2250, and the Clerk is requested and directed to send petitioner copies of ECF Nos. 1-1, 7, 8, 14 and 17 along with a copy of the current docket sheet. Ordinarily, a represented party should communicate with the Court and Clerk only through counsel and/or should seek copies from counsel. However, it appears from Mr. Thompson's filing that he lost his file materials with his contact information for counsel during institutional moves.

DATED THIS 19th day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE